IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ROSIE MUSHATT, Individually and on behalf of all heirs-at-law and wrongful death beneficiaries of Mario Whitley, Deceased, and ESTATE OF MARIO WHITLEY | PLAINTIFFS |
| v. | CAUSE NO. 1:25CV202-LG-RPM |
| CITY OF PASCAGOULA, MISSISSIPPI; CHIEF TERRY SCOTT, in his Official Capacity; and OFFICER JOHN DOES 1-5, in his/her individual and official capacity | DEFENDANTS |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order Granting Defendants' Motion to Dismiss Plaintiffs' Complaint and for Qualified Immunity, which is entered herewith, the Court hereby enters this Final Judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 25th day of January, 2026.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE